CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 21 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ROBERT LEE GROOMS, JR.,
    Petitioner,

Civil Action No. 7:07-cv-00228

v.

**FINAL ORDER**

GENE JOHNSON, <u>et al.</u>,
    Respondents.

By: Hon. Jackson L. Kiser
Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 21st day of May, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge